UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

IN RE:

PETITION FILED BY JASON GOODWILL　　　　　　Case No. 16-mc-38

ORDER DISMISSING CASE

On August 18, 2016, Jason Goodwill filed a miscellaneous case in the Eastern District of Wisconsin. The 84-page document consists of an order of default judgment from the Sheboygan County Circuit Court, as well as numerous other documents that appear to have been filed in Sheboygan, Michigan, and prior cases in this district. After reading the entirety of his rambling submissions, Goodwill appears to take issue with the actions or inactions of a "kangaroo court" regarding a petition for writ of coram nobis that he filed in the state court. There are numerous other references to "fictitious plaintiffs and judges," "dirty cops," and "void judgments." However, there are no allegations that give rise to a cognizable claim in the federal court, or that would provide a basis for the court's exercise of jurisdiction. This court notes that Goodwill's prior petition for writ of habeas corpus challenging the same judgment of conviction was dismissed by Judge Patricia Gorence on April 5, 2013. *Goodwill v. Clements*, Case No. 12-C-1096 (E.D. Wis. 2013). Other cases have been dismissed as well, including a RICO case referenced by Goodwill in his documents. *Goodwill v. City of Sheboygan, et al*, Case No. 12-C-1093 (E.D. Wis. 2013). Because the court cannot discern any federal claim that would be properly heard as a miscellaneous case and Goodwill cannot use this filing to circumvent the rulings in his prior cases,

IT IS ORDERED that the case is dismissed.

Dated at Milwaukee, Wisconsin, this 31st day of January, 2017.

BY THE COURT

s/ C. N. Clevert, Jr.
C. N. Clevert, Jr.
U.S. District Judge